No. 574. WILLIAMSON ET AL., EXECUTORS, *v.* PEURI-FOY, JUDGE, 375 U. S. 967. Motion for leave to file petition for rehearing denied.

MARCH 30, 1964.

No. 13, Original. TEXAS *v.* NEW JERSEY ET AL. The motion of Life Insurance Association of America for leave to file a brief, as *amicus curiae,* is granted. This case is set for argument on the Report of the Special Master and the exceptions thereto. Two hours are allotted for oral argument. *William B. McElhenny* and *Warren Elliott* on the motion. [For earlier orders herein, see 369 U. S. 869; 370 U. S. 929; 371 U. S. 873; 372 U. S. 926, 973; 375 U. S. 928.]

No. 402. J. I. CASE Co. ET AL. *v.* BORAK. Certiorari, 375 U. S. 901, to the United States Court of Appeals for the Seventh Circuit. The motion of the Solicitor General, on behalf of the Securities and Exchange Commission, for leave to participate in oral argument, as *amicus curiae,* is granted, and fifteen minutes are allotted for that purpose.

No. 592. GRIFFIN ET AL. *v.* COUNTY SCHOOL BOARD OF PRINCE EDWARD COUNTY ET AL. Certiorari, 375 U. S. 391, to the United States Court of Appeals for the Fourth Circuit. The motion of the National Education Association for leave to file a brief, as *amicus curiae,* is granted. The motion of the City of Charlottesville for leave to participate in oral argument, as *amicus curiae,* is denied. *William B. Beebe* and *Hershel Shanks* for the National Education Association. *George Stephen Leonard, Paul D. Summers, Jr., D. B. Marshall* and *Richard L. Hirshberg* for the City of Charlottesville.